### VICK v. STATE.

No. 19896.

Court of Criminal Appeals of Texas.
June 8, 1938.

T. A. Graves, of Cuero, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for perjury, punishment assessed being two years in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.